IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Civ. Action No. 7:12-00272-BO

| | | |
|---|---|---|
| VICKIE PARK, | ) | |
|     Plaintiff, | ) | ORDER |
| | ) | |
| v. | ) | |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner | ) | |
| of Social Security, | ) | |
| | ) | |
|     Defendant. | ) | |

Pursuant to the power of this Court to enter a judgment affirming, modifying, or reversing Defendant's decision with remand in Social Security actions under sentence four of section 42 U.S.C. § 405(g), and in light of Defendant's request, with Plaintiff's consent, to remand this action for further administrative proceedings, the Court hereby reverses Defendant's decision under sentence four of 42 U.S.C. § 405(g) with a remand of the case to Defendant for further proceedings. See Melkonyan v. Sullivan, 501 U.S. 89, 111 S. Ct. 2157, 115 L. Ed.2d 78 (1991); Shalala v. Schaefer, 509 U.S. 292, 113 S. Ct. 2625, 125 L. Ed.2d 293 (1993).

The Clerk of the Court will enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED this __6__ day of May 2013,

_____
Terrence W. Boyle
United States District Judge