| | |
|---|---|
| VICKIE PARK, )<br>　　　　Plaintiff, )<br>　　　　　　　　　　　　　　　　)<br>　　v.　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>CAROLYN W. COLVIN, )<br>Acting Commissioner of Social Security, )<br>　　　　Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 7:12-CV-272-BO** |

**Decision by Court.**

This action came before the Honorable Terrence W. Boyle, United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that the Court hereby reverses the Defendant's decision under sentence four of 42 U.S.C. § 405(g) with a remand of the case to the Defendant for further proceedings. See Melkonyan v. Sullivan, 501 U.S. 89, 111 S. Ct. 2157, 115 L. Ed.2d 78 (1991); Shalala v. Schaefer, 509 U.S. 292, 113 S. Ct. 2625, 125 L. Ed.2d 293 (1993).

**This Judgment Filed and Entered on May 7, 2013, and Copies To:**

Kathleen S. Glancy (via CM/ECF Notice of Electronic Filing)
Peter A. Heinlein (via CM/ECF Notice of Electronic Filing)

| | |
|---|---|
| DATE<br>May 7, 2013 | JULIE A. RICHARDS, CLERK<br>/s/ Susan K. Edwards<br>(By) Susan K. Edwards, Deputy Clerk |