IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Civ. Action No. 7:12-00272-BO

| | |
|---|---|
| VICKIE PARK, )<br>    Plaintiff, )<br> )<br>vs. )<br> )<br>CAROLYN W. COLVIN, )<br>ACTING COMMISSIONER )<br>OF SOCIAL SECURITY, )<br>    Defendant. )<br>_____ ) | ORDER |

Before the Court is the Parties' Joint Motion for an Award of Attorney Fees Under the Equal Access to Justice Act, 28 U.S.C. § 2412. The Parties agree that an award of $4,488 (Four Thousand Four Hundred Eighty-Eight and 00/100) in attorney fees and $350 (Three Hundred Fifty and 00/100) in costs is appropriate.

Accordingly, the Joint Motion for an Award of Attorney Fees Under the Equal Access to Justice Act, 28 U.S.C. § 2412, is GRANTED, and Plaintiff is awarded $4,488 (Four Thousand Four Hundred Eighty-Eight and 00/100) in attorney fees and $350 (Three Hundred Fifty and 00/100) in costs to be paid to Plaintiff's attorney, Kathleen Shannon Glancy, if Plaintiff does not owe to the Government a pre-existing debt that is subject to offset under the Treasury Offset Program, 31 U.S.C. § 3716. If Plaintiff owes such a debt, any fee remaining after offset will be payable to Plaintiff and delivered to Plaintiff's attorney. Plaintiff's petition for attorney fees under the Equal Access to Justice Act is DENIED as moot.

It is so ORDERED, this, the 2nd day of July 2013.

_____
The Honorable Terrence W. Boyle
United States District Court Judge
Eastern District of North Carolina